## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

DOMINIC LEO KANE, )
)
Plaintiff, )
)
v. ) Docket No. 2:23-cv-00075-NT
)
MAINE DEPARTMENT OF )
HEALTH & HUMAN SERVICES, )
)
Defendant. )

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On March 16, 2023, the United States Magistrate Judge filed with the Court, with copies to the parties, her Recommended Dismissal (ECF No. 6). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Dismissal of the Magistrate Judge is hereby **ADOPTED**, and the Plaintiff's Complaint (ECF No. 1) is **DISMISSED**.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 11th day of April, 2023.